UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY TOWNSEND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MINNESOTA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01159-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 15) |

On October 7, 2021, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear its own attorney's fees and costs. (ECF No. 15). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

　Dated:　**October 8, 2021**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1